IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIRKPATRICK, PETTIS, SMITH POLIAN INC., | ) ) ) | Case No.: 4:03 CV 3159 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER OF REVIVOR |
| TERREL L. BECKWITH, | ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Kirkpatrick, Pettis, Smith, Polian Inc.'s ("KPSP") motion to revive the judgment entered in favor of KPSP and against the Defendant, Terrel L. Beckwith (the "Defendant"), on May 2, 2003 (Filing No. 7). The Court, upon being duly advised in the premises, finds as follows:

1. On May 2, 2003, this Court entered an Order of Judgment in favor of KPSP and against the Defendant, in the principal amount of $81,597.21 (the "Judgment").

2. The Judgment has become dormant pursuant to Neb. Rev. Stat. § 25-1515, as more than five years have passed since execution last issued on the Judgment.

3. The Judgment has not been satisfied.

4. The Judgment is capable of being revived because it has not been dormant for more than ten years.

5. The Defendant was served with notice and a copy of the Memorandum and Order on Plaintiff's Motion for Revivor entered by this Court on September 19, 2012 (Filing No. 8) via certified mail on September 22, 2012 as evidenced by the Proof of Service previously filed by Plaintiff (Filing No. 9).

6. More than 30 days have passed since the Defendant was served with a copy of the Memorandum and Order and Defendant has failed to show cause why the Judgment should not be revivied.

IT IS, THEREFORE, ORDERED that the judgment entered herein on May 2, 2003, stands revived as of the date of this Order.

ENTERED this 19th day of November, 2012.

BY THE COURT:

/s/ Warren K. Urbom
Warren K. Urbom
United States Senior District Judge

ND: 4836-4217-5249, v. 1