## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIRKPATRICK, PETTIS,** | ) | **CASE NO. 4:03CV3159** |
| **SMITH, POLIAN, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **REASSIGNMENT** |
| **v.** | ) | **ORDER** |
| | ) | |
| **TERRIL L. BECKWITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This case was previously assigned to retired District Judge Warren K. Urbom and Magistate Judge David L. Piester.  Accordingly,

IT IS ORDERED that this case is reassigned to Senior Judge Richard G. Kopf and to Magistrate Judge Cheryl R. Zwart.

DATED this 22nd day of January, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge